# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TERRENCE ANTONIO DUNSON,

Petitioner,

vs.

DERALL G. ADAMS, Warden,

Respondent.

Case No. CV 08-5691-AHS (RNB)

**JUDGMENT**

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: JUN 30 2009

ALICEMARIE H. STOTLER
UNITED STATES DISTRICT JUDGE